

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:23-MJ-00425 |
| JOSEPH ROBERT MIERA  DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _the Defense_____, IT IS ORDERED that a detention hearing is set for _Tuesday, February 14_____, _2023_____, at _11:00_____ ☒a.m. / ☐p.m. before the Honorable _Margo A. Rocconi_____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _2/07/23_____     _____
                                     U.S. Magistrate Judge